[No. 16462-4-III.   Division Three.   January 26, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. RICKY ESUBIO
GARZA, *Appellant*.

Appeal from a judgment of the Superior Court for Grant
County, No. 96-1-00231-6, Evan E. Sperline, J., entered
January 27, 1997. *Affirmed* by unpublished opinion per
Schultheis, C.J., concurred in by Sweeney and Kato, JJ.

[Nos. 16717-8-III; 16718-6-III;   Division Three.   January 26, 1999.]
16978-2-III.

*In the Matter of the Welfare of* MARY D.

DEBORAH W., ET AL., *Appellants*, v. THE DEPARTMENT OF
SOCIAL AND HEALTH SERVICES, *Respondent*.

*In the Matter of the Adoption of* MARY D.

GREGG MCDONALD, ET AL., *Appellants*, v. THE DEPARTMENT
OF SOCIAL AND HEALTH SERVICES, ET AL., *Respondents*.

Appeals from judgments of the Superior Court for
Spokane County, Nos. 96-7-00470-0, 96-7-00593-5, 97-5-
00370-4, Greg D. Sypolt and Tari S. Eitzen, JJ., entered
May 27 and September 19, 1997. *Affirmed* by unpublished
opinion per Schultheis, C.J., concurred in by Sweeney and
Brown, JJ. Now published at 94 Wn. App. 582.

[No. 16757-7-III.   Division Three.   January 26, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. PAUL GERARD
REEVES, *Appellant*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 96-1-01912-8, Kenneth Kato, J.,
entered June 27, 1997. *Affirmed* by unpublished opinion
per Schultheis, C.J., concurred in by Sweeney and Brown,
JJ.